

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00758-CV

**IN RE** Gervai **MAEWEATHERS**

Original Proceeding[1]

PER CURIAM

Sitting:     Irene Rios, Justice
           Lori I. Valenzuela, Justice
           H. Todd McCray, Justice

Delivered and Filed: February 18, 2026

PETITION FOR WRIT OF MANDAMUS DENIED. MOTION FOR EXPEDITED CONSIDERATION DENIED AS MOOT.

On November 24, 2025, relator filed a petition for writ of mandamus and motion for expedited consideration. After considering the petition, motion, and record provided, this court concludes that relator has not established that he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The motion for expedited consideration is denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 20-0891-CV-A, styled *In the Interest of N.A.M., a child,*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Jessica Crawford presiding.